**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Richard Fernbach,

    Plaintiff,

        v.                                    Case No.  1:22cv644

Hamilton County Sheriff of Ohio, *et al.*,

                                              Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 9, 2023 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 12) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the plaintiff's complaint is **DISMISSED** with prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of any Fourteenth Amendment due process claims against "others unknown" arising out of his underlying arrests and/or state-court prosecution, which is **DISMISSED** without prejudice. In light of the above decision, the plaintiff's motion for default judgment (Doc. 8) is **DENIED as moot.** The Court **DECLINES** to exercise supplemental jurisdiction over any remaining state-

law claims and **DISMISSES** such claims without prejudice. 28 U.S.C. § 1367(c)(3).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in "good faith" and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                 *s/Michael R. Barrett*
                                                 Michael R. Barrett, Judge
                                                 United States District Court